# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Appeal No. 15-1534**

**Philip A. Pecorino, Adlo Medaglia and Sheward & Sons & Son, Plaintiffs-Appellees *v.* Vutec Corporation and Farralane Lighting Audio and Video Systems, Inc., Defendants-Appellants**

Please enter my appearance as counsel for:

> **Vutec Corporation**
> **Farralane Lighting Audio and Video Systems, Inc.**

The parties I represent are:  **Appellants**

My address, telephone and other contact information are:

> **Edwin D. Schindler**
> **4 High Oaks Court**
> **P. O. Box 4259**
> **Huntington, New York  11743-0777**
> *Telephone*: **(631)474-5373**
> *Fax*: **(631)474-5373**
> *E-Mail*: **EDSchindler@att.net**
> **EDSchindler@optonline.net**

I am the principal attorney for these parties in this case and will accept all service for both of the indicated parties.  I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar:  **December 27, 1985**

This is **not** my first appearance before the United States Court for the Federal Circuit.

>                                      */s/Edwin D. Schindler*
>                                       Edwin D. Schindler
>                                       *Attorney for Defendants-Petitioners*

*cc*: Melvin C. Garner, Counsel for Plaintiffs-Appellees