**FORM 26.  Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## No. _____15-1534_____

Philip A. Pecorino, Aldo Medaglia and Sheward & Sons & Son
_____

### v.

Vutec Corp.and Farralane Lighting Audio and Video Systems
_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.  All questions must be answered or the statement will be rejected.

Name of the party you represent  Vutec Corp. and Farralane Lighting Audio and Video Systems
_____

Party is (select one)  ☑ Appellant/Petitioner    ☐ Cross-Appellant
                       ☐ Appellee/Respondent      ☐ Intervenor

Tribunal appealed from and Case No.  E.D.N.Y., Civil Action No. 2:11-cv-06312-PKC-ARL
_____

Date of Judgment/Order  March 27, 2015 _____  Type of Case  Patent Infringement
_____

Relief sought on appeal  Reversal of Summary Judgment Finding Infringement of Pat. No. 5264765
_____

Relief awarded below (if damages, specify)  _____
No Damages Have Yet Been Awarded by the District Court

Briefly describe the judgment/order appealed from  _____
1.  Order Granting Summary Judgment to Plaintiff-Appellees, and Denying Summary Judgment to Defendant-Appellants re: Validity and Infringement of U.S. Patent No. 5,264,765, entered March 27, 2015 (District Court Docket Entry No. 215)
2.  Order Denying Summary Judgment to Defendant-Appellants re: Equitable Defense of Laches, entered September 9, 2013 (District Court Docket Entry No. 102)    ⊞
_____

**Form 26**

**FORM 26.   Docketing Statement (continued)**

Nature of judgment (select one)

☐ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☑ Interlocutory Order (specify type) _28 U.S.C. §1292(c)(2) - Liability for Infringement_

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

In re Vutec Corporation and Farralane Lighting Audio and Video Systems, Inc., Petitioners, On Petition for Writ of Mandamus, No. 2014-103, Filed: October 18, 2013; Opinion Written by Chief Judge Rader, Issued December 11, 2013

Brief statement of the issues to be raised on appeal _____
1. Did the District Court correctly construe the scope of the claims of U.S. Patent No. 5,264,765?
2. Are the claims of U.S. Patent No. 5,264,765 invalid as obvious over the prior art disclosing several analogous apparatuses for CRT televisions? 3. Do Defendants' accused products infringe the claims of U.S. Patent No. 5,264,765?  4. Is Plaintiffs' patent infringement claim barred by laches? ▣

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom? _____
N/A

154

**FORM 26.  Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?    ☐ Yes    ☑ No

If you answered no, explain why not _____

This is an interlocutory appeal, pursuant to 28 U.S.C. §1292(c)(2), from an order finding liability for patent infringement and it is generally understood that the parties would likely seek to expedite this appeal.  Only if Plaintiffs-Appellees were amenable to mediation and a stay of proceedings was entered in the District Court would Defendants-Appellants be amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____
Plaintiffs-Appellees' patent, U.S. Patent No. 5,264,765, expired March 27, 2015, therefore no injunction has been granted (nor could be granted) against Defendants-Appellants; only monetary damages are at issue between the parties. To avoid prejudice to Defendants-Appellants (and only if Plaintiffs-Appellees were agreeable and otherwise amenable to mediation) a stay of damages proceedings in the District Court would be required during any agreed-upon mediation.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this ___22nd___ day of __April_____, ___2015_____

by: _Federal Circuit's Electronic Filing System (ECF)_____
(manner of service)

_____Edwin D. Schindler_____        _____
Name of Counsel                     Signature of Counsel

Law Firm _Edwin D. Schindler_____

Address _4 High Oaks Court, P. O. Box 4259_____

City, State, ZIP _Huntington, New York  11743-0777_____

Telephone Number _(631)474-5373_____

FAX Number _(631)474-5374_____

E-mail Address _EDSchindler@att.net_____